```
                UNITED STATES DISTRICT COURT FOR THE
                       DISTRICT OF NEW HAMPSHIRE
```

United States of America

       v.                         Criminal No. 10-cr-138-01-JD

Jose Miranda

## O R D E R

The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted; Trial is continued to the two-week period beginning June, 21, 2011, 09:30. No further continuances. The court notes that the same reasons given for this continuance were given for the first continuance.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                              ***/s/Joseph A. DiClerico, Jr.***
                                              Joseph A. DiClerico, Jr.
                                              United States District Judge

Date:  April 11, 2011


cc:   Thomas F. McCue, Esq.
      Terry L. Ollila, AUSA
      U.S. Marshal
      U.S. Probation